IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE C. FORD, JR.,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1485

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Willie C. Ford, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.